# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICK BESSE; AND JILL BESSE,
                          Appellants,
                vs.
TOM NEAL; JACKIE NEAL; AND LAKE
TERRACE OWNERS ASSOCIATION,
                          Respondents.

No. 80526

**FILED**

JUN 1 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Trevor L. Atkin, District Judge
       Persi J. Mishel, Settlement Judge
       Hutchison & Steffen, LLC/Las Vegas
       Woodbury Law, Ltd.
       Gibbs Giden Locher Turner Senet & Wittbrodt LLP/Las Vegas
       Boyack Orme & Anthony
       Eighth District Court Clerk

20-22789